# United States Bankruptcy Court
### Eastern District of Louisiana

In re   Worthmore Renewable Solutions, LLC

Debtor(s)

Case No. _____

Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Whitney National Bank<br>Attn: Sandra McClain Cuttera<br>Commercial Loans Operations<br>228 St. Charles Avenue<br>New Orleans, LA 70130 | Whitney National Bank<br>Attn: Sandra McClain Cuttera<br>Commercial Loans Operations<br>New Orleans, LA 70130 | | | 715,974.28 |
| Shaun B. Rafferty Law Offices, LLC<br>203 Carondelet Street, Ste. 250<br>New Orleans, LA 70130 | Shaun B. Rafferty Law Offices, LLC<br>203 Carondelet Street, Ste. 250<br>New Orleans, LA 70130 | | | 3,191.50 |
| Lally & Co.<br>5700 Corporate Drive, Ste. 800<br>Pittsburgh, PA 15237-5851 | Lally & Co.<br>5700 Corporate Drive, Ste. 800<br>Pittsburgh, PA 15237-5851 | | | 382.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

In re    Worthmore Renewable Solutions, LLC             Case No. _____
<br>                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) <br><br> Name of creditor and complete mailing address including zip code | (2) <br><br> Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) <br><br> Nature of claim (trade debt, bank loan, government contract, etc.) | (4) <br><br> Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) <br><br> Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Its Authorized Representative of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   April 29, 2010                    Signature    _/s/ M. Walker Baus_ _____

                                         M. Walker Baus
<br>                                         Its Authorized Representative

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
<br>18 U.S.C. §§ 152 and 3571.