UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------x
In re:                                              : Chapter 11 Case No.
                                                    : 10-11488
Worthmore Renewable Solutions, LLC [1]              :
    301 St. Charles Avenue, Third Floor        :
    New Orleans, Louisiana  70130              :
    Tax ID #: 20-5130336                       :
                                                    :
       Debtors                  :
---------------------------------------------------------------x

---------------------------------------------------------------x
In re:                                              : Chapter 11 Case No.
                                                    : 10-11489
Winder Renewable Methane, LLC                       :
    301 St. Charles Avenue, Third Floor        :
    New Orleans, Louisiana  70130              :
    Tax ID #: 20-4881561                       :
                                                    :
       Debtors                  :
---------------------------------------------------------------x

**MOTION FOR ORDER UNDER FED. R. BANKR. P. 1015(b) DIRECTING
JOINT ADMINISTRATION OF CHAPTER 11 CASES**

**NOW INTO COURT**, through undersigned counsel, come Worthmore Renewable Solutions, LLC ("WRS") and Winder Renewable Methane, LLC ("WRM"), as debtors and debtors-in-possession (referred to herein as the "Debtor" or collectively, the "Debtors"), who respectfully move this Court for entry of an order granting joint administration of their respective chapter 11 cases under Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and section 105(a) of title 11 of the United States Code

---

[1] Winder Renewable Methane, LLC (10-11489) has requested that it be jointly administered with Worthmore Renewable Solutions, LLC (10-11488).

(as amended, the "Bankruptcy Code") (the "Motion") and, in support thereof, respectfully represent:

**Jurisdiction**

1. This Court has jurisdiction over this Motion under 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. §157. This venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The authority for the relief requested herein is Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and section 105(a) of the Bankruptcy Code.

**BACKGROUND**

3. On April 30, 2010 (the "Petition Date"), each of the above captioned Debtors filed a voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). No creditors' committee has yet been appointed in these cases by the United States Trustee. The Debtors intend to continue to operate their businesses and manage their properties as debtors in possession, pursuant to section 1107 and 1108 of the Bankruptcy Code.

**A.    Debtors' History and Operations**

4. The two related and affiliated Debtors were formed in May 2006. They are located in Louisiana.

5. WRM is managed by its sole member, WRS. WRS is managed by its officers. The main principal of WRS is M. Walker Baus.

6. WRM operates a landfill gas plant in Winder, Georgia (the "LFG Plant"), which converts methane produced by the Speedway Oak Grove Landfill into pipeline quality gas.

**B.  Franchise Agreements**

7.  In September 2007, WRM entered into a Landfill Gas Purchase and Lease Agreement (the "Gas Purchase Agreement") with Republic Services of Georgia, Limited Partnership, a Georgia limited partnership ("Republic").  Pursuant to the Gas Purchase Agreement, WRM purchases from Republic all landfill gas produced at the Speedway Oak Grove Landfill.  In October 2006, WRM entered into a Manufactured Gas Purchase and Sale Agreement (the "Gas Sale Agreement") with the Municipal Gas Authority of Georgia ("MGAG") pursuant to which WRM sells processed landfill gas (pipeline quality) to MGAG (for sale to its members).

**C.  Debtors' Capital Structure**

8.  WRM and WRS entered into certain loan and security agreements with ACF Winder, LLC ("Archer") by which WRM provided Archer first liens and security interests in all of its assets, including all leasehold interests, buildings, inventory, and general intangibles.  WRM has been advised that Archer will assert it has a properly perfected security interest in this collateral.

9.  WRS has entered into certain security agreements with Archer, which purport to grant first liens and security interests in all of WRS's membership interests in WRM. WRS has been advised that Archer will assert it has a properly perfected security interest in this collateral.

**D.  Financial Difficulties**

10.  Since inception through the Petition Date, each Debtor operated at a loss in accordance with generally accepted accounting principles.  The Debtors' financial problems were due to multiple factors, including: the general economy and financial

slowdown, the low price of natural gas, difficulties in obtaining additional credit, cost overruns on the LFG Plant and low gas production levels because of field conditions.

11. The low gas production has been caused by high water levels in the landfill. Republic has a plan to repair the landfill gas gathering system, which will increase production to levels projected at inception of the project. Republic plans to be substantially complete in the third quarter of 2010.

12. The Debtors have worked and continue to work with Republic regarding the field enhancements, and, additionally, are negotiating for the sale of a green premium that will increase revenue from the sale of Debtors' existing production. On April 6, 2010, the Debtors received notices from Archer of Events of Default under certain credit facility and loan documents. This, in addition to continuing financial distress and ongoing restructuring efforts, has prompted the Debtors to file the petitions initiating these Bankruptcy Cases.

13. WRM and WRS are affiliates of each other.

### Relief Requested

14. By this Motion, the Debtors request entry of an order authorizing joint administration of the Debtors' chapter 11 cases for procedural purposes, with WRS as the lead case.

### Basis for Relief

15. Section 105 of the Bankruptcy Code provides that "[t]he Court may issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. § 105(a).

16. Rule 1015(b) of the Federal Rules of Bankruptcy Procedure provides, in relevant part, that: "[i]f . . . two or more petitions are pending in the same court by or

against (1) . . . . (4) a debtor and an affiliate, the court may order a joint administration of the estate". Fed. Rules Bankr. Pro. 1015(b). The Debtors are "affiliates" as that term is defined in Section 101(2) of the Bankruptcy Code.

17. Consistent with the practices of this district and other districts, if the Court authorizes joint administration, the number of the lowest numbered bankruptcy case is to be captioned first and the caption of the lowest numbered case is to serve as the identifying caption. In order to optimally and economically administer these pending chapter 11 cases, these chapter 11 cases should be jointly administered, for procedural purposes, under the case number assigned to Worthmore Renewable Solutions, LLC. *See In re: OCA, Inc., et al*, 06-10179, Bankruptcy Court for the Eastern District of Louisiana (order entered March 16, 2006); *In re Nukote International, Inc.*, No. 09-06240, Bankruptcy Court for the Middle District of Tennessee (order entered June 5, 2009); *In re Total Fitness Systems, LLC*, 06-07270, Bankruptcy Court for the Middle District of Tennessee (order entered December 20, 2006); *In re Equity Media Holding Corporation, et al.*, No. 08-17646, Bankruptcy Court for the Eastern District of Arkansas (order entered January 8, 2009); *In re: Louisiana Riverboat Gaming Partnership*, *et al.*, 08-10824, Bankruptcy Court for the Western District of Louisiana (order entered March, 12, 2008); and *In re: Communications Corporation of America*, *et al.*, 06-50410, Bankruptcy Court for the Western District of Louisiana (order entered June 7, 2006).

18. The rights of the respective creditors of the Debtors will not be adversely affected by joint administration of these cases because this Motion requests only administrative consolidation of the estates, and the Debtors are not by this Motion seeking substantive consolidation. The Debtors request that single docket sheets be

maintained for all matters occurring in these cases, and that they be authorized, but not required, to use combined service lists and notices to creditors. Notwithstanding the entry of an order granting the relief requested by this Motion, separate claims registers shall be maintained and each creditor shall file a proof of claim against a particular Debtor's estate. Thus, the rights of all creditors will be enhanced by the reduced costs resulting from joint administration. This Court also will be relieved of the burden of entering duplicative orders and maintaining duplicative files. Finally, supervision of the administrative aspects of these chapter 11 cases by the Office of the United States Trustee will be simplified.

19. By reason of the foregoing, the interests of the Debtors and their creditors would be best served by joint administration of the above-captioned cases. Accordingly, the Debtors request that the caption of their cases be modified to reflect the joint administration of the chapter 11 cases, as follows:

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF LOUISIANA

----------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 Case No.** |
| | : | **10-11488** |
| **Worthmore Renewable Solutions, LLC** [2] | : | |
|     **301 St. Charles Avenue, Third Floor** | : | |
|     **New Orleans, Louisiana 70130** | : | |
|     **Tax ID #: 20-5130336** | : | |
| | : | |
|                   **Debtors** | : | |

----------------------------------------------------------------x

20. The Debtors also request that the Clerk of Court enter the following

---

[2] Winder Renewable Methane, LLC (10-11489) has requested that it be jointly administered with Worthmore Renewable Solutions, LLC (10-11488).

notation on the docket of each Debtor's case to reflect the administration of the cases:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 case of Winder Renewable Methane, LLC (10-11489) with Worthmore Renewable Solutions, LLC (Case No. 10-11488), and the docket for Worthmore Renewable Solutions, LLC should be consulted for all matters affecting these jointly administered cases.

## Notice

21. Notice of this Application has been given to: (i) the United States Trustee; (ii) Whitney National Bank, Attn: Sandra McClain Cuttera, Commercial Loans Operations, 228 St. Charles Avenue, New Orleans, Louisiana 70130; (iii) the 20 largest unsecured creditors on a consolidated basis; (iv) all parties who request notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure; (v) the Louisiana Attorney General; (vi) the Internal Revenue Service; (vii) ACF Winder, LLC (Archer), through its counsel, Christine N. Schneider, Bryan Cave LLP, One Atlantic Center, 14th Floor, 1201 W. Peachtree Street, NW, Atlanta, Georgia 30309; (viii) Municipal Gas Authority of Georgia, 104 Town Park Drive, Kennesaw, Georgia 30144; (ix) Republic Services of Georgia, L P, Attn: General Manager, 967 Carl Bethlehem Road, Winder, Georgia 30680; (x) Robert Sales, Archer Capital Management, 570 Lexington Avenue, 40th Floor, New York, New York; and (xi) all parties entitled to notice under Rule 2002(j) of the Federal Rules of Bankruptcy Procedure. In light of the nature of the relief requested, the Debtors submit that no further notice is required.

**WHEREFORE**, each of the Debtors respectfully requests that the Court enter an order (a) authorizing the joint administration of the Worthmore Renewable Solutions, LLC chapter 11 case with the chapter 11 case of Winder Renewable Methane, LLC under

the case number assigned to Worthmore Renewable Solutions, LLC and (b) granting such other relief as the Court deems just and proper.

April 30, 2010.

                Respectfully submitted,

                */s/Douglas S. Draper*
                Douglas S. Draper, LA Bar No. 5073
                Leslie A. Collins, LA Bar No. 14891
                Heller, Draper, Hayden, Patrick
                 & Horn, LLC
                650 Poydras Street, Suite 2500
                New Orleans, LA 70130-6103
                Telephone: 504-299-3300
                Fax: 504-299-3399
                Counsel for Debtors