**Exhibit 1**
**2010 Operating**
**Cash Flow Monthly SCFM Ramp Up Schedule**

## 2010 Cash Flow From Operations

|  | April | May | June | July | August | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|
| SCFM Week 1 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2738 | 2976 |
| SCFM Week 2 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2579 | 2817 | 3016 |
| SCFM week 3 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2659 | 2897 | 3055 |
| SCFM Week 4 | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2738 | 2976 | 3095 |
| Growth | 0 | 0 | 0 | 0 | 0 | 0 | 238 | 238 | 119 |
|  |  |  |  |  |  |  | 0.40 | 0.40 | 0.20 |

Republic to undertake and complete extensive dewatering which will liberate significant amounts of quality methane gas

|  | April-10 | May-10 | June-10 | July-10 | August-10 | September-10 | October-10 | November-10 | December-10 |
|---|---|---|---|---|---|---|---|---|---|
| Total Month Days | 30 | 31 | 30 | 31 | 31 | 30 | 31 | 30 | 31 |
| Operating Days (net of Plant down time) | 18.1 | 19.0 | 18.1 | 27.9 | 27.9 | 27.0 | 27.9 | 27.0 | 27.9 |
|  | April | May | June | July | August | Sept | Oct | Nov | Dec |
| Avg. Sfcm | 2500 | 2500 | 2500 | 2500 | 2500 | 2500 | 2619 | 2857 | 3036 |
| LFG to Plant Inlet (MMBtu/hr) | 86 | 86 | 86 | 86 | 86 | 86 | 90 | 98 | 104 |
| Total LFG Delivery; (MMBtu/h; Available for Royalty) | 86 | 86 | 86 | 86 | 86 | 86 | 90 | 98 | 104 |
| Gas Sale (MMBtu/hr; @ Process Efficiency) | 73 | 73 | 73 | 73 | 73 | 73 | 77 | 84 | 89 |
| Gas Flared (scfm; Unused + Process losses) | 12 | 12 | 12 | 12 | 12 | 12 | 13 | 14 | 15 |
| Monthly Operating Hours | 435 | 457 | 435 | 670 | 670 | 649 | 670 | 649 | 670 |
| Avg Daily MMBtu's | 1,062 | 1,079 | 1,062 | 1,584 | 1,584 | 1,584 | 1,659 | 1,810 | 1,923 |
| Monthly MMBtu's Sold | 31,873 | 33,457 | 31,873 | 49,099 | 49,099 | 47,515 | 51,437 | 54,302 | 59,619 |
| Gas Price Levelized | $ 4.16 | $ 4.16 | $ 4.16 | $ 4.16 | $ 4.16 | $ 4.16 | $ 4.16 | $ 4.16 | $ 4.16 |
| Net Price | $ 4.00 | $ 4.00 | $ 4.00 | $ 4.00 | $ 4.00 | $ 4.00 | $ 4.00 | $ 4.00 | $ 4.00 |
| Income | 127,492 | 133,827 | 127,492 | 196,396 | 196,396 | 190,060 | 205,746 | 217,208 | 238,475 |

### Operating Expenses

|  | April-10 | May-10 | June-10 | July-10 | August-10 | September-10 | October-10 | November-10 | December-10 |
|---|---|---|---|---|---|---|---|---|---|
| Fuel (LFG Supply) | 13,943 | 14,636 | 13,943 | 21,478 | 21,478 | 20,785 | 22,501 | 23,754 | 26,080 |
| Primary Maintenance Cost; MEDAL/Vilter ($/yr) | 14,952 | 14,952 | 14,952 | 15,026 | 15,026 | 15,026 | 15,101 | 15,101 | 15,101 |
| Secondary Maintenance Cost; Sulfatreat, Misc ($/yr) | 10,680 | 10,680 | 10,680 | 10,733 | 10,733 | 10,733 | 10,787 | 10,787 | 10,787 |
| Power | 31,773 | 33,352 | 31,773 | 49,067 | 49,067 | 47,484 | 51,532 | 54,402 | 59,729 |
| Emission Monitor/Conden Disposal ($/yr)/Tox Gas & W&S | 7,262 | 7,262 | 7,262 | 7,299 | 7,299 | 7,299 | 7,335 | 7,335 | 7,335 |
| Labour | 14,999 | 14,999 | 14,999 | 15,074 | 15,074 | 15,074 | 15,150 | 15,150 | 15,150 |
| Administration (inc. RSG Management Fees) | - | - | - | - | - | - | - | - | - |
| Insurance | 10,680 | 10,680 | 10,680 | 10,733 | 10,733 | 10,733 | 10,787 | 10,787 | 10,787 |
| MGAG Prod Pmt | - | - | - | - | - | - | - | - | - |
| Gas Field O&M | - | - | - | - | - | - | - | - | - |
| Property Taxes | 10,145 | 10,145 | 10,145 | 10,145 | 10,145 | 10,145 | 10,145 | 10,145 | 10,145 |
| Total Operating Costs | 114,433 | 116,705 | 114,433 | 139,556 | 139,556 | 137,280 | 143,337 | 147,461 | 155,114 |
| Net Cash Flow before Debt Service | 13,059 | 17,122 | 13,059 | 56,840 | 56,840 | 52,780 | 62,409 | 69,747 | 83,361 |