UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------x
In re: : Chapter 11 Case No.
 : 10-11488
**Worthmore Renewable Solutions, LLC** :
    301 St. Charles Avenue, Third Floor :
    New Orleans, Louisiana 70130 :
    Tax ID #: 20-5130336 :
 :
    **Debtors** :
------------------------------------------------------------x
In re: : Chapter 11 Case No.
 : 10-11489
**Winder Renewable Methane, LLC** :
    301 St. Charles Avenue, Third Floor :
    New Orleans, Louisiana 70130 :
    Tax ID #: 20-4881561 :
 :
    **Debtors** :
------------------------------------------------------------x

### ORDER PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES

Upon the *Motion for an Order Under Fed.R.Bankr.P. 1015(b) Directing Joint Administration of Chapter 11 Cases* [P-4] (the "Motion") of Worthmore Renewable Solutions, LLC and Winder Renewable Methane, LLC, as debtors and debtors-in-possession (referred to herein as "Debtor" or collectively, the "Debtors"), for an order pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and 11 U.S.C. § 105(a) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), directing the joint administration of the Debtors' chapter 11 cases, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding

pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409 and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefore, it is

**ORDERED** that the Motion is **GRANTED**; and

**IT IS FURTHER ORDERED** that the above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court; and

**IT IS FURTHER ORDERED** that nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases; and

**IT IS FURTHER ORDERED** that the caption of the jointly administered cases should read as follows:

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF LOUISIANA**

----------------------------------------------------------------x

| | | |
|---|---|---|
| **In re:** | : | **Chapter 11 Case No.** |
| | : | **10-11488** |
| **Worthmore Renewable Solutions, LLC** [1] | : | |
|     301 St. Charles Avenue, Third Floor | : | |
|     New Orleans, Louisiana 70130 | : | |
|     Tax ID #: 20-5130336 | : | |
| | : | |
|         **Debtors** | : | |

----------------------------------------------------------------x

---

[1] Winder Renewable Methane, LLC (10-11489) has requested that they be jointly administered with Worthmore Renewable Solutions, LLC (10-11488).

; and

**IT IS FURTHER ORDERED** that:

(a) A single docket sheet shall be maintained for all matters occurring in these cases, however, separate claims registers shall be maintained and each creditor shall file a proof of claim against a particular Debtor's estate; (b) combined service lists may be used; and (c) combined notices to creditors of the estates may be used.

**IT IS FURTHER ORDERED** that a docket entry shall be made in each of the captioned cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of Winder Renewable Methane, LLC (10-11489) with Worthmore Renewable Solutions, LLC (Case No. 10-11488), and the docket for Worthmore Renewable Solutions, LLC should be consulted for all matters affecting these jointly administered cases.

**IT IS FURTHER ORDERED** that nothing in this Order prohibits any party from filing a Motion to Change Venue or Terminate the Joint Administration of these cases.

New Orleans, Louisiana, May 17, 2010.

                                                  Hon. Elizabeth W. Magner
                                                  U.S. Bankruptcy Judge